```
1  MARK W. ROBERTSON (S.B. #200220)
   mrobertson@omm.com
2  KELLY S. WOOD (S.B. #267518)
   kwood@omm.com
3  O'MELVENY & MYERS LLP
   610 Newport Center Drive, 17th Floor
4  Newport Beach, California 92660
   Telephone:  (949) 823-6900
5  Facsimile:  (949) 823-6994
6
   Attorneys for Defendant
7  American Airlines, Inc.
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN AIRLINES, INC., a Delaware corporation doing business in California, and DOES 1 through 250, inclusive,<br><br>　　　　Defendants. | Case No. _____<br><br>**NOTICE OF RELATED CASE**<br><br>[Filed concurrently with Civil Cover Sheet; Notice of Interested Parties; Corporate Disclosure Statement; and Notice of Removal and Exhibits]<br><br>(Los Angeles County Superior Court Case No. 23STCV12546) |

1  Under Local Rule 83-1.3.1 for the United States District Court for the Central
2  District of California, Defendant American Airlines, Inc. ("American") submits this
3  Notice of Related Case to inform the court that a previously filed action is closely
4  related to the instant action. American is aware of the following related case within
5  the meaning of Local Rule 83-1.3.1:

6  1. *Smith v. American Airlines, Inc.*, No. 2:23-cv-05404 (C.D. Cal.) (removed
7     July 6, 2023) (the "Related Case").

8  Local Rule 83-1.3.1 provides that a notice shall be filed and served on all
9  parties when two or more civil cases filed in the Central District of California
10 appear to: "(a) arise from the same or closely related transaction, happening, or
11 event; (b) call for determination of the same or substantially related or similar
12 questions of law and fact; or (c) for other reasons would entail substantial
13 duplication of labor if heard by different judges." L.R. 83-1.3.1.

14 The Related Case satisfies all of the above criteria. Plaintiff Todd Smith
15 filed the instant action on June 2, 2023, in which he individually asserts four claims
16 under California's Fair Employment and Housing Act (the "FEHA"), Cal. Gov't
17 Code §§ 12940 *et seq.*, along with claims for intentional and negligent infliction of
18 emotional distress. Smith filed the Related Case on the same day, June 2, 2023,
19 asserting the exact same six causes of action on behalf of himself and a putative
20 class of allegedly similarly situated individuals.

21 The instant case and the Related Case are identical, except that Smith asserts
22 his claims as an individual in this action and as an individual and on behalf of a
23 putative class in the Related Case. This action will necessarily involve the same
24 questions of fact and law regarding Plaintiff Smith at issue in the Related Case,
25 because Smith asserts identical claims on his own behalf in both actions. In other
26 words, this action is separate from but redundant of the Related Case.

27
28

| | | |
|---|---|---|
| 1 | Dated: July 6, 2023 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By:   */s/ Mark W. Robertson*<br>       Mark W. Robertson |
| 4 | | MARK W. ROBERTSON<br>KELLY S. WOOD |
| 5 | | |
| 6 | | *Attorneys for Defendant American Airlines, Inc.* |